# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHASE,<br><br>  Plaintiff,<br><br>vs.<br><br>MANATT, PHELPS & PHILLIPS LONG TERM DISABILITY COVERAGES FOR ALL EMPLOYEES, an ERISA plan; MANATT, PHELPS & PHILLIPS; DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: CV 08-8509 GAF (VBKx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Lodged concurrently with:<br>-  Stipulation For Dismissal.]<br><br>Complaint Filed: December 23, 2008 |

# ORDER OF DISMISSAL

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her or its own fees and costs.

DATED: September 18, 2009      _____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE